506 A.2d 862

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Gary Leo MONTGOMERY and Samuel Tribuiani.

Supreme Court of Pennsylvania.

March 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 43 E.D. Appeal Docket 1986.